JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SOLDAN, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>OFFICE DEPOT, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>     Defendants. | Case No. SACV10-945 DOC (MANx)<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL AND DISMISSING CASE** |

  Based upon the Stipulation of Dismissal entered into by Plaintiff David Soldan ("Plaintiff") and Defendant Office Depot, Inc. ("Defendant"), IT IS HEREBY ORDERED AS FOLLOWS:

  1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby DISMISSED with prejudice with respect to all of the claims of Plaintiff;

  2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the allegations asserted by Plaintiff in the above-captioned action on behalf of putative, uncertified class action members are hereby DISMISSED without prejudice and without notice to any putative class member; and

3. Pursuant to the terms of the settlement agreement entered into between the parties, each party is to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: October 6, 2011

*David O. Carter*

HON. DAVID O. CARTER
JUDGE OF THE U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA